Pearson, C. J.
 

 The Judge had a discretion to allow an appeal bond to be filed in the ¡Superior Court, and with the exercise of that discretion this court has no right to interfere.
 

 The motion to dismiss the appeal, upon the ground that the County Court had no power to amend the petition after dismissing it and granting an appeal to the Superior Court, was put on the ground that the court was
 
 functus officio
 
 jn respect to the case, and had no further control over it, In this the counsel for the defendant is mistaken. The proceedings of the court are
 
 in fieri
 
 until the expiration of the term, and, until then, the record remains under the control of the court. It may strike out the judgment, and enter a different one; it may amend the pleadings, and do any other act necessary to effect the purposes of justice — and this as well after as before what purports to be a final judgment has been entered. In other words, the court has the whole term during which to consider of its action ; and any entry made on a former day does not affect its power on a subsequent day. It is every day’s practice in the Superior Courts to allow the writ to be amended, by entering a larger sum: or in ejectment, to extend the time of the demise— and these amendments are usually applied for and allowed, after judgment has been entered, and an appeal taken. But it is a rule that the court will not allow an amendment which takes away the ground on which the party has appealed, except upon the payment of all costs ; and then the appellant can withdraw the appeal. Such amendments are also made in this court, but we take care not to amend a
 
 *37
 
 party out of court; that is, tahe from under him the ground on which he appealed, except upon the payment of all costs. If the County Court had not allowed the amendment in this case, it would have been ordered in the Superior Court, or in this court; so that there is no room for complaint, except as to costs.
 
 Plunkett v. Penninger,
 
 2 Jones, 367.
 

 The County Court had full power to allow the amendment at the time that it was made. Whether the amendment should have been made without costs, or upon payment of costs, was a matter of discretion, with which the Superior Court had no right to interfere. There is error.
 

 Per Cdriam. .Judgment affirmed.